UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Leo Vleisides, | Case No. 25-cv-1112 (PJS/DJF) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| B. Eischen and FPC Duluth, | |
| Respondents. | |

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce Foster.  No objections have been filed to the Report and Recommendation in the time period permitted.

## ORDER

Based upon the Report and Recommendation of Magistrate Judge Foster, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Timothy Leo Vleisides's Petition for a writ of habeas corpus (ECF No. [1]) is **DENIED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

2. This matter is **DISMISSED**.

3. Mr. Vleisides's application to proceed *in forma pauperis* (ECF No. [4]) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 9, 2025

/s/ Patrick J. Schiltz
PATRICK J. SCHILTZ, Chief Judge
United States District Judge